UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JEREMY A. KESPOHL
    Plaintiff,

Case No.: 3:09-cv-01254-HWM-TEM

vs.

ALLIED INTERSTATE INC.,
a Foreign corporation,

and

CAPITAL ONE
FINANCIAL CORPORATION,
A Foreign corporation
    Defendants.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, JEREMY KESPOHL, by and through undersigned counsel, hereby files his Notice of Voluntary Dismissal with Prejudice of his claims filed in the above-styled cause.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 19th day of August, 2010, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system. I further certified that I mailed the foregoing document and the notice of Electronic filing via U.S. Mail to: Robert F. Reynolds, Esq., Slatkin & Reynolds, P.A., One East Broward Boulevard, Suite 609, Fort Lauderdale, Florida 33301 and Capital One Services, LLC., Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301

_____
Jeremy Kespohl, Esq.
Bromagen & Rathet, P.A.
Attorneys for Plaintiff
135 2nd Avenue North, Suite #1
Jacksonville Beach, FL 32250