UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JEREMY A. KESPOHL,

    Plaintiff,

v.                          Case No. 3:09-cv-1254-J-12TEM

ALLIED INTERSTATE, INC., etc., and
CAPITAL ONE SERVICES, LLC, etc.,

    Defendants.

---

### O R D E R

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. 14), filed August 19, 2010. Because Defendant Allied Interstate, Inc. has filed an Answer (Doc. 8) in this case, the Court construes Plaintiff's Notice of Voluntary Dismissal With Prejudice as a motion for a court order dismissing this case with prejudice pursuant to Fed.R.Civ.P. 41(a)(2). As of the date of this Order, neither Defendant has filed anything in response to Plaintiff's Notice of Voluntary Dismissal With Prejudice. Upon review of the matter, it is

**ORDERED AND ADJUDGED:**

That this case is hereby dismissed with prejudice and the Clerk is directed to terminate all pending motions, hearings, and deadlines, and to close the case.

**DONE AND ORDERED** this ___8th___ day of September 2010.

                                                              _Howell W. Melton_
                                                  **SENIOR UNITED STATES DISTRICT JUDGE**

c:    Counsel of Record